UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Plaintiffs,

            -against-                                           22 cr 648 (JGK)

LUIS FURNIEL VASQUEZ,
                              Defendant.
----------------------------------------------------------------X

Sentencing for the defendant, Luis Ferniel Vasquez, scheduled for Tuesday, February 24, 2026, at 11:30am, is **adjourned to 4:30pm the same day.**

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 18, 2026.