UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                 :

UNITED STATES OF AMERICA

                                 :     CONSENT PRELIMINARY ORDER

       - v. -                    OF FORFEITURE/

                                 :     MONEY JUDGMENT

LUIS FURNIEL VASQUEZ,

                                 :     22 Cr. 648 (JGK)

       Defendant.

                                 :

------------------------------------- x

WHEREAS, on or about March 28 2023, LUIS FURNIEL VASQUEZ (the "Defendant"), and others, were charged in an Indictment, 22 Cr. 648 (JGK) (the "Superseding Indictment"), with conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349 (Count One); and conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Two);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), of any and all property constituting, or derived from, proceeds the Defendant obtained, directly or indirectly, as a result of the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, on or about November 6, 2025, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Superseding Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section

982(a)(2)(A), a sum of money equal to $1,921,647.45 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $1,921,647.45 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorneys Thomas S. Burnett and Amanda C. Weingarten, of counsel, and the Defendant and his counsel, Matthew Kluger, Esq., that:

1.     As a result of the offense charged in Count One of the Superseding Indictment, to which the Defendant pled guilty, a money judgment in the amount of $1,921,647.45 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Superseding Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant LUIS FURNIEL VASQUEZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.     All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States

Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, 26 Federal Plaza, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Department of Treasury or its designee shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  _____        2/24/2026
     THOMAS S. BURNETT                       DATE
     AMANDA C. WEINGARTEN
     Assistant United States Attorneys
     26 Federal Plaza
     New York, NY 10278
     (212) 637-1064/2257


LUIS FURNIEL VASQUEZ

By:  _____        2/24/26
     LUIS FURNIEL VASQUEZ                     DATE

By:  _____        2/24/2026
     MATTHEW KLUGER, ESQ.                     DATE
     Attorney for Defendant


SO ORDERED:

_____              2/24/26.
HONORABLE JOHN G. KOELTL                     DATE
UNITED STATES DISTRICT JUDGE